No. 77–839. SPEIDEL, AKA ROJAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–863. BUTHORN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–879. BAILEY Co., INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 77–906. SCHOTT ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–989. WOLF *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 77–1011. PASSARELLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–1012. FRIBESCO S. A. ET AL. *v.* MITSUI & Co. (U. S. A.), INC., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 77–1069. KEIFFER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1071. LINFIELD *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 77–1122. ANTHONY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1125. PERKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5174. MURRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5748. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.